# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 00-1414

_____

Japhus L. Dooley,                          *
                                           *
            Appellant,                     *
                                           *
      v.                                   *   Appeal from the United States
                                           *   District Court for the
Boyoni, Ms., Disciplinary Hearing          *   Eastern District of Arkansas.
Officer; Marvin Evans, Warden, East        *
Arkansas Regional Unit; Robert Clark,      *        [UNPUBLISHED]
Disciplinary Hearing Administrator,        *
Pine Bluff Central Office, Arkansas        *
Department of Correction,                  *
                                           *
            Appellees.                     *

_____

Submitted:  May 5, 2000
Filed:

_____

Before RICHARD S. ARNOLD, BOWMAN, and BEAM, Circuit Judges.

_____

PER CURIAM.

Japhus Dooley appeals the district court's[1] dismissal under 28 U.S.C. § 1915A(a) of his 42 U.S.C. § 1983 complaint. After a careful review of the record, we conclude the district court did not err in dismissing the complaint. We deny Dooley's pending motion.

Accordingly, we affirm. <u>See</u> 8th Cir. R. 47A(a).

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.

---

[1]The Honorable Stephen M. Reasoner, United States District Judge for the Eastern District of Arkansas, adopting the report and recommendation of the Honorable John F. Forster, Jr., United States Magistrate Judge for the Eastern District of Arkansas.